May 22, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

CRAIG A. ROBINSON, Appellant

NO. 14-18-00168-CR               V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the motion of the appellant to withdraw his notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order the mandate be issued immediately. We further order this decision certified below for observance.